JEANNOT, DEMANDANTE Y APELANTE, *v.* DALMAU, DEMANDADOS Y APELADOS, Y THE CENTRAL MACHETE COMPANY, INTERVENTORA.

APELACIÓN procedente de la Corte de Distrito de Guayama en pleito sobre cobro de dinero y preferencia de crédito (moción sobre desestimación de apelación).

No. 3078.—Resuelto en junio 12, 1923.

EXPOSICIÓN DEL CASO — ORDEN ERRÓNEA — APROBACIÓN DE LA EXPOSICIÓN DEL CASO.—Cuando un apelante que a los fines de su recurso ha elegido el procedimiento de la exposición del caso, presenta ésta al juez que conoció del juicio, el deber de éste, aun cuando las partes no comparezcan a la vista del procedimiento, es aprobarla u ordenar las enmiendas necesarias; pero no tiene facultad para ordenar que la exposición del caso sea substituída por la transcripción de la evidencia que autoriza la ley 17, de 1917.

DESESTIMACIÓN DE APELACIÓN — DILIGENCIA DEL APELANTE. — Solicitada en este caso la desestimación del recurso invocando la regla 69 del Reglamento del Tribunal Supremo, *se resolvió:* que habiéndose demostrado que el apelante ha gestionado que el error de la corte omitiendo aprobar o enmendar la exposición del caso y ordenando que ésta sea substituída por la transcripción de la evidencia sea subsanado, no procede desestimar la apelación.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. A. Porrata Doria.*

Abogado de la interventora: *Sr. J. Tous Soto.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El 29 de mayo último se nos ha presentado una petición para que desestimemos la apelación que la demandante interpuso contra la sentencia dictada en este pleito, seguido en la Corte de Distrito de Guayama.

No consta de los papeles que tenemos ante nosotros quién fué el juez que falló este pleito pero deducimos que fué el actual Juez de Distrito de Ponce, porque a él fué remitida para su aprobación la exposición del caso que la apelante presentó para su recurso de apelación. Dicho juez señaló día para la aprobación de tal exposición del caso pero no habiendo comparecido las partes, en vez de aprobar la exposición del caso presentada o de ordenar que se le hicieran

enmiendas, ordenó en 26 de febrero último que la exposición del caso fuera remitida al Secretario de la Corte de Distrito de Guayama para que el taquígrafo preparase una transcripción de la evidencia de acuerdo con la sección 2ª. de la Ley núm. 27, aprobada en noviembre 27 de 1917.

En ese estado quedó la apelación hasta que, según expone el apelante, presentó moción en la corte inferior, antes de solicitarse la desestimación de su apelación, para que fuera aprobada la exposición del caso que tiene presentada. En este estado se halla la apelación.

Como la ley permite a la parte apelante redactar por sí una exposición del caso o pedir que el taquígrafo haga la transcripción de la evidencia, habiendo optado la apelante por la primera de dichas maneras, el juez debió aprobar la exposición del caso u ordenar las enmiendas que fueran necesarias, pues no está autorizado para imponer a la apelante que prepare la transcripción de la evidencia de manera distinta a como ella eligió de acuerdo con la ley, pero como la apelante ha presentado una exposición del caso y ha gestio nado que el error de la corte se subsane, no desestimaremos la apelación.

Desestimada la moción.

*Sin lugar.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.